# Third District Court of Appeal

## State of Florida

Opinion filed April 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1703
Lower Tribunal No. 19-11356
_____

**Eden Roc Management, LLC,**
Appellant,

vs.

**Ivonne Ferguson,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

TA PLLC, and Alexander A. Salinas and Patricia A. Mendoza, for appellant.

Perera Alemán, P.A., and J. Freddy Perera, Brody M. Shulman and Alexandra C. Hayes, for appellee.

Before EMAS, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.